# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>LUIS CEJA-ALVAREZ(1),<br><br>　　　　　　　　Defendant. | CASE NO. 11CR5059-IEG<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in case 11CR5518-IEG against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____   the Court has dismissed the case for unnecessary delay; or

_____   the Court has granted the motion of the Government for dismissal, without prejudice; or

_____   the Court has granted the motion of the defendant for a judgment of acquittal; or

_____   a jury has been waived, and the Court has found the defendant not guilty; or

_____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Information:

　　　8:1326(a) and (b)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 12/06/2011

　　　　　　　　　　　　　　　　　　　*Barbara L. Major*
　　　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge